AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ginsburg, Douglas H. | D.C. Circuit | 08/13/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (senior) | ☐ Nomination Date ☐ Initial ✔ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

U.S. Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Lecturer of Law | University of Chicago Law School |
| 2. Lecturer-in-Law | Columbia University School of Law |
| 3. Distinguished Adjunct Professor | George Mason University School of Law |
| 4. Visiting Professor | New York University Law School |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2011 | Teach at New York University Law School, 2012-2016 |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Ginsburg, Douglas H. | 08/13/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2011 | University of Chicago, Teaching | $32,000.00 |
| 2. 2011 | Columbia School of Law, Teaching | $6,955.00 |
| 3. 2011 | George Mason University Foundation, Teaching | $10,000.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | American Bar Association, George Mason University | 01/08-13/2011 | Guanacaste, Costa Rica | Meeting | Travel related expenses |
| 2. | Institute of Law and Public Policy, George Mason University | 01/25-30/2011 | St. Petersburg, Russia | Meeting | Travel related expenses |
| 3. | George Mason University | 02/10-18/2011 | Naples, FL | Meeting | Travel related expenses |
| 4. | University of Chicago | 02/20-22/2011 | Chicago, IL | Teaching | Travel related expenses |
| 5. | Columbia University Law School | 2/23-26/2011 | New York, NY | Teaching | Travel related expenses |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2012 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Columbia University Law School, George Mason University | 3/23-26/2011 | New York, NY | Teach | Travel related expenses |
| 7. | George Mason University | 3/29-31/2011 | Washington, DC | ABA Meeting | Local meeting expenses |
| 8. | New York UniversityLaw School, George Mason University | 04/05-06/2011 | New York, NY | Meeting | Travel related expenses |
| 9. | Columbia University Law School | 04/13-16/2011 | New York, NY | Teaching | Travel realted expenses |
| 10. | Federalist Society | 04/16-19/2011 | Miami, FL | Meeting | Travel related expenses |
| 11. | University of Chicago | 04/24-26/2011 | Chicago, IL | Teaching | Travel related expenses |
| 12. | GeorgeMason University | 05/04-07/2011 | San Antonio, TX | Meeting | Travel related expenses |
| 13. | Federalist Society | 05/07-10/2011 | San Francisco, CA | Meeting | Travel related expenses |
| 14. | IMEDIPA, George Mason University | 05/20-29/2011 | Athens, Greece | Meeting | Travel related expenses |
| 15. | George Mason University | 07/06-07/2011 | New York, NY | Meeting | Travel related expenses |
| 16. | Americian Bar Association, George Mason University | 08/08-12/2011 | Montreal, Canada | Meeting | Travel related expenses |
| 17. | Foundation for Research on Economics and the Environment | 08/27-09/02/2011 | Bozeman, Montana | Meeting | Travel related expenses |
| 18. | New York University Law School | 09/08-09/2011 | New York, NY | Teaching | Travel related expenses |
| 19. | LIDC | 09/21-24/2011 | Oxford, England | Meeting | Travel related expenses |
| 20. | University of Chicago, George Mason University | 09/24-10/04/2011 | Istanbul, Turkey | Meeting | Travel related expenses |
| 21. | New York University Law School | 10/06-08/2011 | New York, NY | Teaching | Travel related expenses |
| 22. | University of Chicago | 10/16-18/2011 | Chicago, IL | Teaching | Travel related expenses |
| 23. | Federalist Society | 10/19-20/2011 | Mexico City, Mexico | Meeting | Travel related expenses |
| 24. | University of Chicago | 11/06-08/2011 | Chicago, IL | Teaching | Travel related expenses |
| 25. | New York University Law School | 11/09-12/2011 | New York, NY | Teaching | Travel related expenses |
| 26. | Unversity of Chicago | 11/24-28/2011 | Chicago, IL | Teaching | Travel related expenses |
| 27. | New York University Law School | 12/07-10/2011 | New York, NY | Teaching | Travel related expenses |
| 28. | George Mason University | Jan-Oct/2011 | Arlington, VA | Teaching | Books, miscellaneous academic expenses |
| 29. | University of Chicago | June-Sept/2011 | Chicago, IL | Teaching | Books, miscellaneous academic expenses |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2012 |

30.

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TIAA/CREF retirement account | | None | O | T | | | | | |
| 2. WDMG | | None | J | T | | | | | |
| 3. WBRXX | | None | M | T | | | | | |
| 4. CVX | C | Dividend | M | T | | | | | |
| 5. DKS | A | Dividend | K | T | Sold (part) | 8/31/11 | K | E | |
| 6. ECL | B | Dividend | L | T | Buy (add'l) | 6/24/11 | K | | |
| 7. | | | | | Buy (add'l) | 10/13/11 | K | | |
| 8. | | | | | Buy (add'l) | 10/10/11 | J | | |
| 9. EPD | B | Dividend | K | T | Sold (part) | 1/31/11 | J | B | |
| 10. FAST | C | Dividend | N | T | Donated (part) | | | | |
| 11. IDXX | | None | L | T | Buy (add'l) | 6/29/11 | K | | |
| 12. NTRS | B | Dividend | | | Buy (add'l) | 1/7/11 | K | | |
| 13. | | | | | Sold | 6/7/11 | K | | |
| 14. PAYX | B | Dividend | K | T | Buy (add'l) | 1/10/11 | J | | |
| 15. PEP | C | Dividend | L | T | Buy (add'l) | 1/7/11 | K | | |
| 16. | | | | | Buy (add'l) | 1/10/11 | J | | |
| 17. | | | | | Sold (part) | 2/18/11 | J | B | |

1. Income Gain Codes:        A =$1,000 or less            B =$1,001 - $2,500            C =$2,501 - $5,000            D =$5,001 - $15,000            E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000        G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less           K =$15,001 - $50,000          L =$50,001 - $100,000         M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000       O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                               P4 =More than $50,000,000
3. Value Method Codes         Q = Appraisal                R = Cost (Real Estate Only)   S =Assessment                 T =Cash Market
   (See Column C2)             U = Book Value               V = Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Buy (add'l) | 7/6/11 | J | | |
| 19.   SRCL | | None | M | T | | | | | |
| 20.   BHP | B | Dividend | K | T | | | | | |
| 21.   RBA | A | Dividend | K | T | | | | | |
| 22.   TSCO | A | Dividend | M | T | Sold (part) | 8/29/11 | J | C | |
| 23. | | | | | Sold (part) | 8/31/11 | J | D | |
| 24.   MHS | | None | | | Sold (part) | 3/22/11 | K | A | |
| 25. | | | | | Sold | 8/5/11 | K | D | |
| 26.   RSG | B | Dividend | L | T | Buy | 2/8/11 | K | | |
| 27. | | | | | Buy (add'l) | 2/10/11 | J | | |
| 28. | | | | | Buy (add'l) | 6/24/11 | K | | |
| 29.   VAW | A | Dividend | | | Buy | 3/21/11 | K | | |
| 30. | | | | | Sold | 8/31/11 | K | | |
| 31.   SODA | | None | K | T | Buy | 4/11/11 | K | | |
| 32. | | | | | Buy (add'l) | 6/29/11 | K | | |
| 33. | | | | | Buy (add'l) | 11/3/11 | J | | |
| 34.   ARG | B | Dividend | L | T | Buy | 5/6/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 6/27/11 | K | | |
| 36. MJN | B | Dividend | L | T | Buy | 6/22/11 | K | | |
| 37. | | | | | Buy (add'l) | 6/20/11 | J | | |
| 38. | | | | | Buy (add'l) | 6/30/11 | K | | |
| 39. WSH | B | Dividend | | | Buy | 6/24/11 | K | | |
| 40. | | | | | Sold | 11/7/11 | K | | |
| 41. AGN | A | Dividend | K | T | Buy | 6/24/11 | K | | |
| 42. | | | | | Buy (add'l) | 3/1/11 | J | | |
| 43. SREV | | None | J | T | Buy | 6/24/11 | K | | |
| 44. | | | | | Buy (add'l) | 4/13/11 | J | | |
| 45. | | | | | Sold (part) | 12/8/11 | K | | |
| 46. MMM | A | Dividend | | | Buy | 7/19/11 | K | | |
| 47. | | | | | Sold | 11/7/11 | K | | |
| 48. PG | B | Dividend | L | T | Buy | 11/2/11 | J | | |
| 49. | | | | | Buy (add'l) | 11/4/11 | K | | |
| 50. SYK | A | Dividend | L | T | Buy | 11/3/11 | J | | |
| 51. | | | | | Buy (add'l) | 11/4/11 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. HSTM | | None | K | T | Buy | 12/6/11 | J | | |
| 53. | | | | | Buy (add'l) | 12/8/11 | K | | |
| 54. MFRM | | None | K | T | Buy | 12/6/11 | J | | |
| 55. | | | | | Buy (add'l) | 12/8/11 | K | | |
| 56. PPO | | None | J | T | Buy | 3/21/11 | J | | |
| 57. Federated Gov't Cash Series: Nations Fin'l G | | None | M | T | | | | | |
| 58. C | A | Dividend | J | T | Sold (part) | 11/30/11 | J | | . |
| 59. XOM | D | Dividend | O | T | Sold (part) | 7/11/11 | K | D | |
| 60. MHS | | None | L | T | | | | | |
| 61. MRK | B | Dividend | K | T | | | | | |
| 62. QSGIQ | | None | J | T | | | | | |
| 63. RDS A | C | Dividend | L | T | Sold (part) | 7/11/11 | J | A | |
| 64. | | | | | Sold (part) | 11/3/11 | K | E | |
| 65. AA | A | Dividend | J | T | | | | | |
| 66. ALLP | | None | J | T | | | | | |
| 67. MO | C | Dividend | L | T | Buy (add'l) | 7/6/11 | K | | |
| 68. AIG | | None | J | T | | | | | |

1. Income Gain Codes:      A =$1,000 or less       B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000       E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less      K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                                     P3 =$25,000,001 - $50,000,000                             P4 =More than $50,000,000
3. Value Method Codes        Q = Appraisal            R = Cost (Real Estate Only)   S =Assessment              T =Cash Market
   (See Column C2)            U = Book Value           V = Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. AMGN | A | Dividend | J | T | | | | | |
| 70. JNJ | A | Dividend | K | T | | | | | |
| 71. JPM | A | Dividend | J | T | | | | | |
| 72. NYX | A | Dividend | J | T | | | | | |
| 73. QCOM | A | Dividend | J | T | | | | | |
| 74. NVS | A | Dividend | J | T | | | | | |
| 75. SKT | A | Dividend | K | T | | | | | |
| 76. PM | C | Dividend | M | T | Buy (add'l) | 7/6/11 | K | | |
| 77. GG | A | Dividend | K | T | | | | | |
| 78. KO | A | Dividend | K | T | Buy | 7/6/11 | K | | |
| 79. CHK | A | Dividend | K | T | Buy | 8/3/11 | K | | |
| 80. BA | A | Dividend | K | T | | | | | |
| 81. CSCO | A | Dividend | J | T | | | | | |
| 82. CDE | | None | L | T | Buy (add'l) | 7/6/11 | J | | |
| 83. DVN | A | Dividend | K | T | | | | | |
| 84. INTC | A | Dividend | J | T | | | | | |
| 85. KMP | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. MMP | A | Dividend | K | T | | | | | |
| 87. MSFT | A | Dividend | J | T | | | | | |
| 88. SIAL | A | Dividend | K | T | | | | | |
| 89. BP | B | Dividend | K | T | | | | | |
| 90. CAT | A | Dividend | K | T | Sold (part) | 1/27/11 | J | C | |
| 91. KO | A | Dividend | K | T | | | | | |
| 92. ESRX | | None | M | T | Buy (add'l) | 1/10/11 | J | | |
| 93. HON | A | Dividend | J | T | | | | | |
| 94. MON | A | Dividend | J | T | | | | | |
| 95. SIAL | A | Dividend | L | T | | | | | |
| 96. SLB | A | Dividend | L | T | | | | | |
| 97. XEL | A | Dividend | J | T | | | | | |
| 98. TMCO | | None | K | T | | | | | |
| 99. HPQ | A | Dividend | | | Sold | 1/7/11 | J | D | |
| 100. VA St Res Auth Infrastructure Rev Pooled | A | Interest | | | Matured | 11/1/11 | K | | |
| 101. Lynchburg VA GO BDS | A | Interest | | | Matured | 6/1/11 | K | | |
| 102. BIK | A | Dividend | | | Sold | 11/7/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N = $250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O = $500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. HABDX | B | Dividend | | | Sold | 1/7/11 | L | C | |
| 104. RPIBX | A | Dividend | | | Sold | 11/7/11 | K | A | |
| 105. US Treasury Note | A | Interest | L | T | | | | | |
| 106. Caterpillar Financial Svc Bond | A | Interest | | | Matured | 3/10/11 | K | | |
| 107. CME Group Bond | B | Interest | K | T | | | | | |
| 108. Kellog Co Bond | B | Interest | K | T | | | | | |
| 109. Verizon Comm. Bond | B | Interest | K | T | | | | | |
| 110. VA State Pub School Bond 9 | B | Interest | L | T | | | | | |
| 111. GLD | | None | K | T | Buy (add'l) | 9/23/11 | K | | |
| 112. | | | | | Buy (add'l) | 9/28/11 | K | | |
| 113. JCI | A | Dividend | K | T | | | | | |
| 114. TGT | A | Dividend | | | Sold | 10/6/11 | K | B | |
| 115. RHI | A | Dividend | K | T | Buy | 01/7/11 | K | | |
| 116. | | | | | Buy (add'l) | 1/10/11 | J | | |
| 117. | | | | | Sold (part) | 1/31/11 | K | A | |
| 118. | | | | | Sold (part) | 2/1/11 | J | | |
| 119. NTAP | | None | | | Sold (part) | 4/11/11 | J | C | |

1. Income Gain Codes:    A = $1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F = $50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J = $15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U = Book Value    V = Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 8/24/11 | K | B | |
| 121. WSO | B | Dividend | K | T | Buy (add'l) | 2/4/11 | J | | |
| 122. | | | | | Buy (add'l) | 2/16/11 | J | | |
| 123. | | | | | Sold (part) | 7/27/11 | J | | |
| 124. | | | | | Sold (part) | 7/29/11 | J | | |
| 125. AMZN | | None | K | T | | | | | |
| 126. Procter & Gamble SR Note | B | Interest | K | T | | | | | |
| 127. URBN | | None | | | Sold | 5/3/11 | K | | |
| 128. THO | A | Dividend | | | Sold | 12/13/11 | K | | |
| 129. ABT | A | Dividend | J | T | | | | | |
| 130. ADP | A | Dividend | J | T | | | | | |
| 131. CL | A | Dividend | J | T | | | | | |
| 132. CEG | A | Dividend | K | T | | | | | |
| 133. COST | A | Dividend | J | T | | | | | |
| 134. DUK | A | Dividend | K | T | | | | | |
| 135. EMR | B | Dividend | K | T | | | | | |
| 136. ETE | B | Dividend | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000       P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. FHC0 | A | Dividend | K | T | | | | | |
| 138. NEE | A | Dividend | K | T | | | | | |
| 139. NRGY | B | Dividend | J | T | | | | | |
| 140. JNJ | A | Dividend | | | Sold | 1/21/11 | J | A | |
| 141. MCD | A | Dividend | K | T | | | | | |
| 142. NI | A | Dividend | K | T | | | | | |
| 143. NU | A | Dividend | K | T | | | | | |
| 144. NVS | A | Dividend | J | T | | | | | |
| 145. PGN | A | Dividend | K | T | | | | | |
| 146. RGNC (renamed RGP) | B | Dividend | K | T | | | | | |
| 147. SCG | A | Dividend | | | Sold | 1/21/11 | K | C | |
| 148. FMO | B | Dividend | K | T | | | | | |
| 149. KYN | B | Dividend | K | T | | | | | |
| 150. TYG | B | Dividend | J | T | | | | | |
| 151. ACN | A | Dividend | J | T | | | | | |
| 152. BAC | A | Dividend | | | Sold | 11/30/11 | J | | |
| 153. BHP | A | Dividend | J | T | | | | | |

1. Income Gain Codes:        A =$1,000 or less          B =$1,001 - $2,500        C =$2,501 - $5,000            D =$5,001 - $15,000          E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000     G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes:              J =$15,000 or less        K =$15,001 - $50,000       L =$50,001 - $100,000         M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal              R =Cost (Real Estate Only)  S =Assessment                 T =Cash Market
(See Column C2)            U =Book Value             V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. CVX | B | Dividend | L | T | | | | | |
| 155. CBSH | A | Dividend | K | T | | | | | |
| 156. DTE | A | Dividend | | | Sold | 1/31/11 | J | B | |
| 157. ECL | A | Dividend | J | T | | | | | |
| 158. FCX | A | Dividend | J | T | Buy (add'l) | 3/21/11 | J | | |
| 159. INTC | A | Dividend | J | T | | | | | |
| 160. NLC | A | Dividend | | | Sold | 4/19/11 | J | B | |
| 161. PDCO | A | Dividend | | | Sold | 1/31/11 | J | A | |
| 162. PG | A | Dividend | J | T | | | | | |
| 163. SPLS | A | Dividend | | | Buy (add'l) | 5/18/11 | J | | |
| 164. | | | | | Sold | 8/17/11 | J | | |
| 165. USB | A | Dividend | J | T | | | | | |
| 166. YUM | A | Dividend | | | Sold | 7/8/11 | J | C | |
| 167. ZOLT | | None | K | T | Buy (add'l) | 10/6/11 | J | | |
| 168. | | | | | Buy (add'l) | 10/7/11 | J | | |
| 169. | | | | | Sold (part) | 12/21/11 | K | | |
| 170. BISIX | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R = Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. RSENX | A | Dividend | | | Sold | 12/23/11 | K | | |
| 172. CPNO | A | Dividend | | | Sold | 1/28/11 | J | B | |
| 173. EEP | A | Dividend | J | T | | | | | |
| 174. ETP | B | Dividend | K | T | Buy (add'l) | 3/29/11 | K | | |
| 175. MMP | A | Dividend | | | Sold | 1/31/11 | J | A | |
| 176. NS | A | Dividend | J | T | | | | | |
| 177. PAA | A | Dividend | J | T | | | | | |
| 178. OKS | A | Dividend | J | T | | | | | |
| 179. TCLP (now TCP) | A | Dividend | | | Sold | 1/31/11 | J | C | |
| 180. NTG | A | Dividend | | | Sold | 1/31/11 | J | | |
| 181. UTX (X) | A | Dividend | J | T | | | | | |
| 182. IBB | A | Dividend | K | T | Buy | 1/24/11 | K | | |
| 183. XLVS (renamed PSCH) | A | Dividend | K | T | Buy | 1/24/11 | K | | |
| 184. SSW | A | Dividend | K | T | Buy | 1/24/11 | K | | |
| 185. CSCO | A | Dividend | K | T | Buy | 2/10/11 | J | | |
| 186. | | | | | Buy (add'l) | 5/12/11 | J | | |
| 187. BA | A | Dividend | K | T | Buy | 3/15/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. HDPSX | | None | L | T | Buy | 4/19/11 | L | | |
| 189. TEVA | A | Dividend | J | T | Buy | 4/21/11 | J | | |
| 190. GLD | | None | K | T | Buy | 8/22/11 | J | | |
| 191. | | | | | Buy (add'l) | 8/26/11 | J | | |
| 192. | | | | | Sold (part) | 8/24/11 | J | | |
| 193. | | | | | Buy (add'l) | 9/22/11 | J | | |
| 194. JNJ | A | Dividend | K | T | Buy | 10/6/11 | K | | |
| 195. POT | A | Dividend | K | T | Buy | 10/6/11 | K | | |
| 196. PETM | A | Dividend | K | T | Buy | 10/14/11 | K | | |
| 197. ODVYX | A | Dividend | K | T | Buy | 12/23/11 | K | | |
| 198. Wells Fargo Bank (bank deposit sweep) | A | Interest | N | T | | | | | |
| 199. CHRW | A | Dividend | J | T | Sold (part) | 2/1/11 | J | B | |
| 200. CMG | | None | K | T | Sold (part) | 10/10/11 | J | D | |
| 201. DIIR | A | Dividend | K | T | Buy (add'l) | 1/10/11 | J | | |
| 202. DLB | | None | | | Sold (part) | 2/14/11 | J | A | |
| 203. | | | | | Sold | 4/18/11 | J | A | |
| 204. ECL | A | Dividend | | | Merged (with line 6) | 12/14/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50.001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. ETR | A | Dividend | K | T | | | | | |
| 206. EXPD | A | Dividend | J | T | Buy (add'l) | 1/10/11 | J | | |
| 207. FAST | A | Dividend | | | Merged (with line 10) | 12/14/11 | K | | |
| 208. HCSG | A | Dividend | K | T | | | | | |
| 209. HSIC | | None | | | Sold | 11/29/11 | J | B | |
| 210. IDXX | | None | | | Merged (with line 11) | 12/14/11 | J | | |
| 211. NTAP | | None | | | Sold (part) | 4/13/11 | J | B | |
| 212. | | | | | Sold | 8/22/11 | J | A | |
| 213. NTRS | A | Dividend | | | Buy (add'l) | 1/10/11 | J | | |
| 214. | | | | | Sold | 6/3/11 | J | | |
| 215. PAYX | A | Dividend | | | Merged (with line 14) | 12/14/11 | J | | |
| 216. PX | A | Dividend | K | T | Buy (add'l) | 1/18/11 | J | | |
| 217. RHI | A | Dividend | | | Merged (with line 115) | 12/14/11 | J | | |
| 218. SRCL | | None | | | Merged (with line 19) | 12/14/11 | K | | |
| 219. V | A | Dividend | K | T | | | | | |
| 220. AMZN | | None | | | Sold | 2/16/11 | J | A | |
| 221. SCOR | | None | | | Sold | 6/20/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. PRXL | | None | | | Sold (part) | 3/14/11 | J | A | |
| 223. | | | | | Sold | 5/4/11 | J | A | |
| 224. URBN | | None | | | Buy | 2/22/11 | J | | |
| 225. | | | | | Sold | 4/29/11 | J | | |
| 226. FLIR | A | Dividend | | | Buy | 4/28/11 | J | | |
| 227. | | | | | Sold | 7/18/11 | J | | |
| 228. WSII | A | Dividend | | | Buy | 5/13/11 | J | | |
| 229. | | | | | Sold | 11/3/11 | J | | |
| 230. VMI | A | Dividend | | | Buy | 5/20/11 | J | | |
| 231. | | | | | Sold | 11/3/11 | J | | |
| 232. SIRO | | None | | | Buy | 6/22/11 | J | | |
| 233. | | | | | Sold | 12/6/11 | J | | |
| 234. MMM | A | Dividend | | | Buy | 7/18/11 | J | | |
| 235. | | | | | Sold | 11/3/11 | J | | |
| 236. CREE | | None | | | Buy | 1/24/11 | K | | |
| 237. | | | | | Sold | 8/10/11 | J | | |
| 238. FFIV | | None | | | Buy | 1/24/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. | | | | | Sold | 7/11/11 | K | B | |
| 240. NMM | B | Dividend | | | Buy | 1/24/11 | K | | |
| 241. | | | | | Sold | 12/21/11 | J | | |
| 242. SIRI | | None | | | Buy | 1/3/11 | K | | |
| 243. | | | | | Sold | 7/11/11 | K | C | |
| 244. MOS | A | Dividend | | | Buy | 1/24/11 | K | | |
| 245. | | | | | Sold | 10/6/11 | J | | |
| 246. SWFT | | None | | | Buy | 4/27/11 | K | | |
| 247. | | | | | Sold | 12/21/11 | K | | |
| 248. F | | None | | | Buy | 6/7/11 | K | | |
| 249. | | | | | Sold | 12/21/11 | K | | |
| 250. APA | A | Distribution | | | Buy | 6/23/11 | K | | |
| 251. | | | | | Sold | 10/6/11 | K | | |
| 252. CHK | A | Dividend | | | Buy | 10/6/11 | K | | |
| 253. | | | | | Sold | 11/29/11 | K | | |
| 254. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R = Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III-A. Non-Investment Income



Part VII.

ALLP and SEP IRA acct were sold in July 2010.

- Gifted part of FAST to George Mason University Foundation. Value

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Douglas H. Ginsburg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544